William Brown, Respondent, *v.* The New York Central
and Hudson River Railroad Company, Appellant.

*Brown* v. *N. Y. C. & H. R. R. R. Co.,* 126 App. Div. 240, affirmed.
(Argued October 13, 1909; decided October 29, 1909.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 20, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action by an employee to recover for personal
injuries alleged to have been sustained through the master's
negligence.

*A. H. Cowie* for appellant.

*James E. Newell* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.